Case 1:21-mj-00695-GMH   Document 1-1   Fi

Case: 1:21−mj−00695
Assigned To : Harvey, G. Michael
Assign. Date : 12/17/2021
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

On December 15, 2021, at approximately 6:00 AM, law enforcement searched the residence located at XXXX 18th Street Northeast, Apartment 2, Washington, DC, pursuant to a search warrant issued by the United States District Court for the District of Columbia. The residence belonged to Morez Murchison KING, who was present at the residence at the time of the warrant execution. KING was the only individual present at the residence at the time law enforcement executed the search warrant. KING purchased the 18th Street residence in April of 2021. On May 11, 2021, KING obtained a driver's license from the District of Columbia Department of Motor Vehicles listing the 18th Street residence as his address.

Law enforcement agents recovered two SD memory cards, four cellular telephones, two tablets, one laptop, and a MicroSD card reader thought to be a USB thumb drive from the residence. The SD memory cards were recovered from the spare bedroom in the residence that KING appeared to be using as an office.

During a preliminary review of one of the two SD memory cards, law enforcement agents observed two videos depicting child pornography. The first video was titled[1] "Sleeping … toddler gets anal fucked ...avi" and is approximately fifty-six (56) seconds in length. This video depicts an adult male penetrating, or attempting to penetrate, a minor subject's anus with his erect penis before ejaculating on the minor subject's buttock. The creation date of the video was approximately August 29, 2021, at 7:59:00 PM.

The second video is titled "1_51003766830…562115.mp4" and is approximately twelve (12) seconds in length. This video depicted an adult male anally and vaginally penetrating a minor female subject with his erect penis. The creation date of the video was approximately September 16, 2021 at approximately 1:49:38 AM. The SD card also had a "selfie" image depicting KING. There were also multiple other video and image files depicting child pornography on the SD memory card.

In 2015, KING was convicted of five counts of Possession/Reproduction of Child Pornography with Intent to Distribute in Fairfax County, Virginia. A query of the Virginia Sex Offender Registry lists KING's address as XXXX 18th Street Northeast, Apartment 2, Washington, DC. A query of the District of Columbia Metropolitan Police Department's Sex Offender Registry lists KING's address as the XXXX block of 18th Street Northeast, Washington, D.C. 20002.

## CONCLUSION

Based on the above information, there is probable cause to believe that Morez Murchison KING committed the offense of Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and of Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2).

---

[1] The file names have been redacted so as not to encourage the further dissemination of child pornography.

_____
JEFFREY COLLINS
HOMELAND SECURITY INVESTIGATIONS

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 17th day of December 2021.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE